G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff
TIMOTHY BURCHER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BURCHER;<br><br>Plaintiff,<br><br>CENTRAL PORTFOLIO CONTROL, INC.; DOES 1 through 10, inclusive;<br><br>Defendant. | Case No.: C12-04797-JSC<br><br>**VOLUNTARY DISMISSAL** |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, TIMOTHY BURCHER, by and through his attorneys, PRICE LAW GROUP APC, hereby voluntarily dismisses the above-entitled case with prejudice. Plaintiff, TIMOTHY BURCHER, and defendant, CENTRAL PORTFOLIO CONTROL, each to bear its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED,

DATED: November 2, 2012     **PRICE LAW GROUP APC**
By: /s/ G. Thomas Martin, III
G. Thomas Martin, III
Attorney for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL